**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **INFORMATION**

3:26mj257

**KENNETH R. MEEKS**
______________________________/

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**

On or about May 13, 2026, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**KENNETH R. MEEKS,**

did unlawfully trespass on military property for purpose prohibited by law or lawful regulation, in violation of Title 18, United States Code, Section 1382.

**COUNT TWO**

On or about May 21, 2026, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**KENNETH R. MEEKS,**

did unlawfully trespass on military property by reentering and being found there after having been removed therefrom and ordered not to reenter by any officer and person

FILED USDC FLND PN
AUG 17 '26 AM9:11

in command and charge thereof, in violation of Title 18, United States Code, Section 1382.

## COUNT THREE

On or about June 3, 2026, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**KENNETH R. MEEKS,**

did unlawfully trespass on military property by reentering and being found there after having been removed therefrom and ordered not to reenter by any officer and person in command and charge thereof, in violation of Title 18, United States Code, Section 1382.

(for)
JOHN P. HEEKIN
United States Attorney

**8/14/2026**
DATE